# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leckner et al., <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>Asgn, Inc. et al., <br><br>　　　　　Defendants. | Case No.: 22cv774-JO-DEB <br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND ORDERING PLAINTIFFS TO EFFECTUATE SERVICE BY JANUARY 31, 2023** |

On October 18, 2022, the Court ordered Plaintiffs Erik Leckner and I/Metro to show cause why the case should not be dismissed for failure to timely serve Defendants. Dkt. 3 (Order to Show Cause). On November 8, 2022, Plaintiffs timely filed a response. Dkt. 4 (Response). In their Response, Plaintiffs stated that they failed to timely serve Defendants because Mr. Leckner and his family members suffered numerous health issues and Mr. Leckner is "currently focused on unexpected medical and financial issues." *Id.* at 3. Plaintiffs request an indefinite extension of time for service so that they can "proceed next year (2023) to minimize health and financial related issues in the year 2022." *Id.* at 4.

Based on Plaintiffs' Response regarding medical difficulties, the Court hereby vacates its Order to Show Cause and orders Plaintiffs to serve their complaint and file proof of service by **January 31, 2023**. Failure to do so will result in the dismissal of this case without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 12/14/22

Honorable Jinsook Ohta
United States District Judge